UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE L. WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1997 (RBW) |
| SOCIAL SECURITY ADMINISTRATION *et al.*, | ) |
| Defendants. | ) |

ORDER

By Order of May 14, 2008, plaintiff was given 20 days to file a more definite statement of her claims or suffer dismissal of the complaint. Plaintiff has neither complied with the order nor sought additional time to do so. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: July 2, 2008